### 16969.   PULLEN v. THE STATE.

BLOODWORTH, J.  The evidence was sufficient to sustain the verdict of guilty, the verdict was approved by the trial judge, and the motion for a new trial, based on the general grounds only, was properly overruled.
*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 12, 1926.

Conviction of possessing liquor; from Whitfield superior court— Judge Tarver.  October 24, 1925.

*Maddox, Maddox & Mitchell,* for plaintiff in error.
*C. C. Pittman, solicitor-general,* contra.